Mark T. McClenning, CA SBN 206177
Telephone: (818) 392-8599
McClenningLaw@gmail.com
Adam Stevens CA SBN 262391
Telephone: (310) 487-4902
adamstevens.law@gmail.com
Attorneys at Law
10808 ½ Huston St.
North Hollywood, CA 91601

Attorneys for Plaintiff Juan Ramirez

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan C. Ramirez, an individual, | Case No. 2:14−cv−01485−JAK−MAN |
| Plaintiff, | NOTICE OF SETTLEMENT |
| vs. | |
| Professional Collection Consultants, a corporation; Robert F. Henry, Esq., an individual, | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Please take notice that the parties herein have reached a complete settlement of the above-captioned case.

DATED: October 31, 2014                    /s/ Adam Stevens
                                            Adam Stevens
                                            Attorney for Plaintiff
                                            Juan Ramirez