Mark T. McClenning, CA SBN 206177
Adam Stevens CA SBN 262391
Telephone: (310) 487-4902
Attorneys at Law
10808 ½ Huston St.
North Hollywood, CA 91601

Clark Garen SBN 50564
Rachel Zwernemann SBN 286515
LAW OFFICES OF CLARK GAREN
(Salaried employees of PCC)
6700 S. Centinela Blvd., Third Floor
Culver City, CA 90230
Tel: (310) 391-0800
Fax: (310) 636-4771
Attorneys for Defendant Nationwide Credit, Inc.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Ramirez,<br><br>      Plaintiff,<br><br>vs.<br><br>Professional Collection Consultants, a corporation; Robert F. Henry, Esq., an individual,<br><br>      Defendants. | Case No. 2:14−cv−01485−JAK−MAN<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)) |

      Plaintiff Juan Ramirez ("Plaintiff") and Defendant Professional Collection Consultants ("Defendant"), by and through their undersigned counsel of record, hereby respectfully stipulate as follows:

      Plaintiff and Defendant hereby jointly stipulate to dismissal with prejudice of all claims made in this action, based on the written settlement agreement entered into by the parties.

DATED: November 25, 2014

/s/ Adam Stevens
Adam Stevens,
Attorney for Plaintiff
Juan Ramirez

DATED: November 25, 2014

/s/Rachel Zwernemann
Rachel Zwernemann,
Attorney for Defendant
Professional Collection Consultants